```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

**LADONNA BORNHOFT**                                               **PLAINTIFF**

      **v.**          **Civil No. 05-5129**

**TYSON FOODS, INC.**                                              **DEFENDANT**

## O R D E R

Now on this 23d day of December, 2005, comes on for consideration **Tyson's Motion To Dismiss Breach Of Contract Claim** (document #4), and the Court, being well and sufficiently advised, finds that said motion is moot on account of the filing of plaintiff's Amended Complaint, and it is, therefore, **denied.**

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**