IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LADONNA BORNHOFT**                                               **PLAINTIFF**

      **v.**                 **Civil No. 05-5129**

**TYSON FOODS, INC.**                                        **DEFENDANT**

### O R D E R

Now on this 3d day of January, 2006, based on the parties' **Stipulation Of Dismissal With Prejudice** (document #19), the Court finds that this matter, should be, and same hereby is, **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                           **/s/ Jimm Larry Hendren**
                                                          **JIMM LARRY HENDREN**
                                                           **UNITED STATES DISTRICT JUDGE**